**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| TONY G. HEWITT,<br>　　#80867 | )<br>) | |
| | ) | |
| 　　　　Plaintiff, | ) | 3:12-cv-00520-LRH-WGC |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| JAMES STOGNER, *et al.* | ) | |
| | ) | |
| 　　　　Defendants. | ) | |

　　　　On September 26, 2012, the court received a handwritten document from plaintiff entitled "motion requesting temporary injunction" (ECF #1-1).  Such document is insufficient to initiate a civil rights action in this court.  First, a motion for a preliminary injunction must also be accompanied by a civil rights complaint and either the $350 filing fee or an application to proceed *in forma pauperis*. Second, the Local Rules require plaintiffs appearing in *pro se*, such as this plaintiff, to file all applications to proceed *in forma pauperis* and complaints or petitions on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

　　　　Accordingly, plaintiff's action is dismissed without prejudice.  If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, and a complaint on the court-approved forms, with either the filing fee or a completed application to proceed *in forma pauperis* on the court-approved form.  The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

///

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice**.

**IT IS THEREFORE ORDERED** that the Clerk **SHALL SEND** to plaintiff the approved forms for filing a civil rights lawsuits under 42 U.S.C. §1983 and an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 9th day of October, 2012.

_____
LARRY R. HICK
UNITED STATES DISTRICT JUDGE